UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――X

SYDNEY HYMAN,

                               Plaintiff,                     Case No. 19-cv-10506 (AT)

       v.

                                                               **NOTICE OF APPEARANCE**

ANDREW FABBRI and JESSICA COHEN a/k/a
JESSICA FABBRI,

                              Defendants.
―――――――――――――――――――――――――――X

To the Clerk of this Court and all parties of record:

       Please enter my appearance as counsel in this case for Plaintiff SYDNEY HYMAN. I certify that I am admitted to practice in this Court.

Dated: White Plains, New York
       December 27, 2019

                                                    HARRINGTON, OCKO, & MONK, LLP

                                                    By: _____
                                                        Kevin J. Harrington
                                                       *Attorneys for Plaintiff*
                                                       SYDNEY HYMAN
                                                       81 Main Street, Suite 215
                                                       White Plains, NY 10601
                                                       (914) 686-4800
                                                       kharrington@homlegal.com

TO:    Counsel of Record (via ECF)