UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

SYDNEY HYMAN,

                Plaintiff,         Case No. 19-cv-10506 (AT)

v.

                                      **NOTICE OF APPEARANCE**

ANDREW FABBRI and JESSICA COHEN a/k/a
JESSICA FABBRI,

                Defendants.
_____X

To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel in this case for Plaintiff SYDNEY HYMAN.  I certify that I am admitted to practice in this Court.

Dated: White Plains, New York
           December 27, 2019

                                              HARRINGTON, OCKO, & MONK, LLP

                                     By: _____
                                              Michael W. Freudenberg
                                              *Attorneys for Plaintiff*
                                              SYDNEY HYMAN
                                              81 Main Street, Suite 215
                                              White Plains, NY 10601
                                              (914) 686-4800
                                              mfreudenberg@homlegal.com

TO:    Counsel of Record (via ECF)