## SUPREME COURT STATE OF NEW YORK

## COUNTY OF NEW YORK

CASE NO.: 158700/2019
Date Filed: 09/06/2019

### AFFIDAVIT OF SERVICE

Sydney Hyman

    Plaintiff/Petitioner.

vs.

Andrew Fabbri and Jessica Cohen

    Defendant/Respondent.

    STATE OF NEW JERSEY
    COUNTY OF SOMERSET    ss.

I, **Roger Padilla**, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action.

On **10/10/2019** at **08:30 PM**, I served the within **SUMMONS, NOTICE OF COMMENCEMENT & AMENDED COMPLAINT** on Andrew Fabbri at 53 Oxford Landing , Weehawken, NJ 07086 in the manner indicated below:

Comments: **Service was affected by affixing a true copy of each to the door of said premises which is the defendant's usual place of abode. Deponent was unable, with due diligence to find defendant(s) or a person(s) of suitable age and discretion, thereat having made attempts on the following dates and times:**

\*10/04/2019 - 20:15 -- The address provided a secured luxury high rise apartment building, housing units 25-100. When I identified myself as a process server, the security guard allowed me access into the building to knock on the door of the apartment. A white male answered the door and informed me that he had never heard of Andrew Fabbri or Jessica Cohen. Pleasant at first, when I made further inquiry as to his knowledge of them being former tenants, he informed me that "that's all I have to say" and slammed the door in my face. When I returned to the lobby I asked security if he could verify the name of the resident in Unit 53. At this time, the security guard did state that Andrew Fabbri is the listed resident of Unit 53.
\*10/05/2019 - 10:03 -- I returned to the location and was allowed access into the building. I knocked on the door of Unit 53. A male voice asked who I was. I stated that I had a "delivery" for Jessica Cohen. There was no response to my statement. I continued knocking on the door for several minutes but there was no response.
\*10/07/2019 - 07:12 -- Upon returning, security guard informed me that the residents of Unit 53 requested that no one be allowed access to their unit henceforth.

Thereafter deponent also mailed by first class mail a copy of said documents to the person to be served at the aforementioned address in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise that the communication if from an attorney or concerns an action against the person to be served on 10/11/19

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

KAREN SWICKLE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 10/11/2023

Sworn to and subscribed before me on this
____ day of _____, 20__
by an affiant who is personally known to me
or produced identification.

X _____
Roger Padilla - Process Server
J & K Investigative Services Inc
P.O. Box 88
Somerville, NJ 08876
908-707-1900

1 of 1