## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF WESTCHESTER SS: The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 141 TOMPKINS AVENUE, SUITE 4, PLEASANTVILLE, NY 10570

That on **DECEMBER 13, 2019 at 12:43 PM**, at **300 VESEY STREET, NEW YORK, NY 10282**
deponent served the within **SUMMONS, COMPLAINT, AMENDED COMPLAINT AND NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING** on **ANDREW FABBRI**, witness therein named

**Individual**
1. ____  by delivering a true copy of said witness personally; deponent knew the person so served to be the witness described in said subpoena.

**Corporation**
2. ____  a corporation, by delivering thereat a true copy to personally, deponent knew said corporation so served to be the corporate witness and knew said individual to be , thereof,

**Suitable Age Person**
3. ____  by delivering a true copy to a personal of suitable age and discretion. Said premises is witness'- actual place of business-dwelling place-usual place of abode-within the state.

**Affixing to Door**
4. _X_  by affixing a true copy to the door of said premises, **300 VESEY STREET, NEW YORK, NY 10282**, which is witness'- actual place of business and within the state.
Deponent was unable, with due diligence to find witness or a person of suitable age and discretion thereat, having called there;

December 10, 2019 at 12:40 pm
December 11, 2019 at 2:25 pm
December 12, 2019 at 11:24 pm
December 13, 2019, at 12:43 pm

**Mailing to Residence**
**Use with 3 or 4**  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed

5A. ____  to witness at witness' last know residence, at                            and deposited said envelope in an official depository under the exclusive care and custody of the US Postal Service within NY State.

**Mailing to Business with 3 or 4**
5B. _X_  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first-class postpaid envelope Use properly addressed to witness at witness' actual place of business, at in an official depository under the exclusive care and custody of the US Postal Service within NY State. The envelope bore the legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action again the witness.

| | | | | | | |
|---|---|---|---|---|---|---|
| ___ Male | ___ White Skin | ___ Black Hair | ___ White Hair | ___ 14-20 Yrs. | ___ Under 5' | ___ Under 100 Lbs. |
| ___ Female | ___ Black Skin | ___ Brown Hair | ___ Balding | ___ 21-35 Yrs. | ___ 5'0" | ___ 100-130 Lbs. |
| | ___ Yellow Skin | ___ Blonde Hair | ___ Mustache | ___ 36-50 Yrs. | ___ 5'4"-5'8" | ___ 131-160 Lbs. |
| | ___ Brown Skin | ___ Gray Hair | ___ Beard | ___ 51-65 Yrs. | ___ 5'9"-6'0" | ___ 161-200 Lbs. |
| | ___ Red Skin | ___ Red Hair | ___ Glasses | ___ Over 65 Yrs. | ___ Over 6' | ___ Over 200 Lbs. |

Other Identifying Features:

At the time of said service, deponent paid (tendered) in advance $0.00 traveling expenses and one day's witness fee.

Index No.: **158700/2019**

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**
_____X
**SYDNEY HYMAN,**
                        Plaintiff,
    -against-

**ANDREW FABBRI and JESSICA COHEN,**
                        Defendants.
_____X

SIGNATURE: _____
                    MATTHEW BROWN

Sworn to before me on: 12/18/19

JULIE CHAPPA 2079360-DCA
Notary Public, State of New York
No. 01CH6247352
Qualified in Westchester County
Commission Expires August 29, 2023