UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————————X

SYDNEY HYMAN,

                              Plaintiff,                    Case No. 19-cv-10506 (AT)

                    v.

                                                           **AFFIDAVIT OF MAILING**

ANDREW FABBRI and JESSICA COHEN a/k/a
JESSICA FABBRI,

                              Defendants.

——————————————————————————X

STATE OF NEW YORK        )   :
                         )   :  ss:
COUNTY OF WESTCHESTER    )   :

        Shirley Thornton, being duly sworn, deposes and says: That deponent is not a party to the action, is over the age of 18 years and resides in Westchester County, New York.  On December 30, 2019, I served a copy of the **Summons**, **Complaint**, **Amended Complaint**, and the **Notice of Commencement of Action Subject to Mandatory Electronic Filing**, in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney, via first class mail by depositing a true copy thereof in a post-paid wrapper, in an official depository under the care and custody of the United States Postal Service within the State of New York, on the following defendant at his last known address located at:

                    Andrew Fabbri
                    53 Oxford Landing
                    Weehawken, NJ 07086

                                        _____
                                                 Shirley Thornton

Sworn to before me this
30th day of December, 2019

_____
CINDY MENDOZA
Notary Public, State of New York
No.: 01ME4803365
Qualified in Westchester County
Commission Expires: December 31, 2022