UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

SYDNEY HYMAN,

                      Plaintiff,           Case No. 19-cv-10506 (AT)

    v.                                      **AFFIDAVIT OF MAILING**

ANDREW FABBRI and JESSICA COHEN a/k/a
JESSICA FABBRI,

                      Defendants.
_____X

STATE OF NEW YORK     )
                                ) : ss:
COUNTY OF WESTCHESTER )

      Shirley Thornton, being duly sworn, deposes and says: That deponent is not a party to the action, is over the age of 18 years and resides in Westchester County, New York. On December 30, 2019, I served a copy of the **Summons, Complaint, Amended Complaint**, and the **Notice of Commencement of Action Subject to Mandatory Electronic Filing**, in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney, via first class mail by depositing a true copy thereof in a post-paid wrapper, in an official depository under the care and custody of the United States Postal Service within the State of New York, on the following defendant at her last known address located at:

                      Jessica Cohen
                      53 Oxford Landing
                      Weehawken, NJ 07086

                                          _____
                                          Shirley Thornton

Sworn to before me this
30th day of December, 2019

_____
CINDY MENDOZA
Notary Public, State of New York
No.: 01ME4803365
Qualified in Westchester County
Commission Expires: December 31, 2022