USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X   Case No. 19-cv-10506 (AT)
SYDNEY HYMAN,

**CLERK'S CERTIFICATE**
**OF DEFAULT**
Plaintiff,

v.

ANDREW FABBRI and JESSICA COHEN a/k/a
JESSICA FABBRI,
                     Defendants.
———————————————————————X

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on September 6, 2019 with the filing of a Summons and Complaint. This action was filed in Supreme Court, New York County on September 6, 2019 ("State Court Action"). Defendants ANDREW FABBRI and JESSICA COHEN a/k/a JESSICA FABBRI removed the case from Supreme Court, New York County to this Court by Notice of Removal dated November 12, 2019 and electronically filed on November 13, 2019 [Document #1]. A copy of the Summons and Amended Complaint was served on Defendants ANDREW FABBRI and JESSICA COHEN a/k/a JESSICA FABBRI by nail and mail service on October 10, 2019 at their residence located at 53 Oxford Landing Weehawken, New Jersey 07086, and proofs of service were therefore filed on October 21, 2019 in the State Court Action (filed as Document #s 13 and 14 on December 30, 2019 with this Court). Additional Affidavits of Service were also filed as Documents #s 11, 12, 15, 16, 17, and 18 on December 30, 2019 with this Court. I further certify that the docket entries indicate that the Defendants ANDREW FABBRI and JESSICA COHEN a/k/a JESSICA FABBRI have not filed an answer or

otherwise moved with respect to the Amended Complaint herein. The default of the Defendants ANDREW FABBRI and JESSICA COHEN a/k/a JESSICA FABBRI are hereby noted.

Dated: New York, New York
    January 2, 2020

RUBY J. KRAJICK<br>
Clerk of Court<br>
By: _____<br>
    Deputy Clerk