**AFFIDAVIT OF SERVICE OF ORDER TO SHOW CAUSE FOR DEFAULT, ORDER TO SHOW CAUSE, DECLARATION OF MICHAEL W. FREUDENBERG IN SUPPORT OF ORDER TO SHOW CAUSE, DECLARATION OF SYDNEY HYMAN IN SUPPORT OF ORDER TO SHOW CAUSE, PLAINTIFF SYDNEY HYMAN'S MEMORANDUM OF LAW IN SUPPORT OF HER ORDER TO SHOW CAUSE SEEKING A DEFAULT JUDGMENT AGAINST DEFENDANTS ANDREW FABBRI AND JESSICA COHEN A/K/A JESSICA FABBRI, THE SCHEDULING OF AN INQUEST ON DAMAGES, AND ALTERNATIVE RELIEF, AND (PROPOSED) DEFAULT JUDGEMENT**

STATE OF NEW JERSEY, COUNTY OF MONMOUTH

The undersigned being duly sworn, deposes and says; deponent is not party herein, is over 18 years of age and resides at 2640 Highway 70, Building 12, Suite 201, Wall, NJ, 08736. That on January 8, 2020 at 2:15 PM, at 53 Oxford Landing, Weehawken, NJ 07086, deponent served the within Order To Show Cause For Default, Order To Show Cause, Declaration Of Michael W. Freudenberg In Support Of Order To Show Cause, Declaration Of Sydney Hyman In Support Of Order To Show Cause, Plaintiff Sydney Hyman's Memorandum Of Law In Support Of Her Order To Show Cause Seeking A Default Judgment Against Defendants Andrew Fabbri And Jessica Cohen A/K/A Jessica Fabbri, The Scheduling Of An Inquest On Damages, And Alternative Relief, And (Proposed) Default Judgement, on **Andrew Fabbri**, a party therein named

**Individual**
**1. ____**  by delivering a true copy of said witness personally; deponent knew the person so served to be the witness described in said subpoena.

**Corporation**
**2. ____**  a corporation, by delivering thereat a true copy to personally, deponent knew said corporation so served to be the corporate witness and knew said individual to be authorized agent thereof,

**Suitable Age**  by delivering a true copy to, **Jessica Cohen (a/k/a Jessica Fabbri), phone number refused,** a person of suitable age and discretion.
**Person**   Said premises is **Andrew Fabbri's actual dwelling place**- usual place of abode-
**3. __X__**  within the State.

**Affixing to**  by affixing a true copy to the door of said premises, which is witness'-actual place of business-
**Door**   dwelling place- and usual place of abode-within the state. Deponent was unable, with due
**4. ____**   diligence to find witness or a person of suitable age and discretion thereat, having called there

**Mailing to Residence**
Use with 3 or 4   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in postpaid Envelopes properly addressed to Andrew Fabbri at his last know residence, 53 Oxford Landing, Weehawken, NJ 07086 by First Class Mail and Certified Mail (Receipt No.: 70161370000238525736)

**5A. __X__**   and deposited said envelopes in an official depository under the exclusive care and custody of the US Postal Service. The envelopes bore the legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the witness.

**Mailing to Business**
Use with 3 or 4   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to witness at witness' actual place of business,

**5B. ____**   at in an official depository under the exclusive care and custody of the US Postal Service. The envelope bore the legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the witness.

| | | | | | |
|---|---|---|---|---|---|
| __Male | _X_ White Skin | ___ Black Hair | ___ White Hair | ___ 14-20 Yrs. | ___ Under 5' | ___ Under 100 Lbs. |
| _X_ Female | ___ Black Skin | ___ Brown Hair | ___ Balding | _X_ 21-35 Yrs. | ___ 5'0" | _X_ 100-130 Lbs. |
| | ___ Yellow Skin | _X_ Blonde Hair | ___ Mustache | ___ 36-50 Yrs. | _X_ 5'4"-5'8" | ___ 131-160 Lbs. |
| | ___ Brown Skin | ___ Gray Hair | ___ Beard | ___ 51-65 Yrs. | ___ 5'9"-6'0" | ___ 161-200 Lbs. |
| | ___ Red Skin | ___ Red Hair | ___ Glasses | ___ Over 65 Yrs. | ___ Over 6' | ___ Over 200 Lbs. |

Case No: 19-cv-10506 (AT)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYDNEY HYMAN
   V.
ANDREW FABBRI and JESSICA COHEN
a/k/a JESSICA FABBRI

SWORN BEFORE ME ON  January 10, 2020

_Donna C. Smith_

DONNA C SMITH
ID # 2423843
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires August 9, 2022

MICHAEL CASTELLANOS
Process Server