

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2020

81 Main Stre[et]

KEVIN J. HARRINGTON, PARTNER
kharrington@homlegal.com

January 15, 2020

*Via ECF*

Hon. Analisa Torres
United States. District Judge
United States District Court-SDNY
500 Pearl Street
New York, NY 10007

Re: Sydney Hyman v. Andrew Fabbri and Jessica Cohen
Case No. 19-civ. 10506 (AT)

Dear Judge Torres:

Good afternoon, Your Honor. I am writing to the Court at this time to convey a request that our firm received by email last night at 9:21:06 p.m. from opposing counsel David Kasell of the Kasell Law Firm in Long Island City, New York. Mr. Kassel is requesting the Court's consideration in adjourning the Initial Pretrial Conference currently scheduled for January 21, 2020 at 10:40 a.m. A copy of Mr. Kasell's email request to my partner Michael Freudenberg is attached hereto as Exhibit A. Mr. Kasell indicates that he has been hospitalized as a result of his medical condition of advanced multiple sclerosis, and when he is discharged he expects that he will have to be discharged to a rehabilitation facility due to his current medical crisis. Under these circumstances, Plantiff Sydney Hyman has no objection to Mr. Kasell's request.

We are sending a copy of the Court's Civil Case Management Plan, as well as a copy of the Initial Pretrial Conference Order to Mr. Kasell, and will submit the required joint letter and Civil Case Management Plan and Scheduling Order to the Court as soon as possible hereafter, subject to opposing counsel's ability to participate in the exchange of information required to complete these documents.

Thank you in advance for your consideration of this request.

Sincerely yours,

Kevin J. Harrington

GRANTED. The initial pretrial conference scheduled for January 21, 2020 is ADJOURNED to **February 4, 2020, at 11:20 a.m.** By **January 28, 2020**, the parties shall submit their proposed case management and joint letter. The Court is sorry to hear about Mr. Kasell's hospitalization and wishes him well.

SO ORDERED.

Dated: January 15, 2020
New York, New York

ANALISA TORRES
United States District Judge