

81 Main Street, Suite
Tel: 91

M
mfreudenberg@homlegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2020

January 28, 2020

*Via ECF*
Hon. Analisa Torres
United States. District Judge
United States District Court-SDNY
500 Pearl Street
New York, NY 10007

    Re:    Sydney Hyman v. Andrew Fabbri and Jessica Cohen
            Case No. 19-civ. 10506 (AT)

Dear Judge Torres:

    As Your Honor may recall, this firm represents the Plaintiff Sydney Hyman ("Plaintiff") in the above referenced matter. I am writing to the Court at this time to advise that we have been unable to communicate with Mr. Kasell, the attorney of record for the Defendants Andrew Fabbri and Jessica Cohen ("Defendants"), since receiving his email on January 14, 2020. As reported to the Court by correspondence dated January 15, 2020 from my partner Kevin J. Harrington [Document # 31], Mr. Kasell advised on January 14th that he has been hospitalized as a result of advanced multiple sclerosis, and when he is discharged he expects that he will have to be admitted to a rehabilitation facility due to his current medical crisis. Upon receipt of such correspondence advising of this development, Your Honor adjourned the Initial Pre-Trial Conference to February 4, 2020 at 11:20 am [Document # 32].

    The parties are required to submit a joint letter and Civil Case Management Plan and Scheduling Order to the Court by today. Despite attempts to reach Defendants' counsel by telephone and email since January 15th, my office has received no response from Mr. Kasell. As a result, we are unable to participate in a telephone conference and/or the exchange of information with opposing counsel as required to complete these documents. We will continue to endeavor to reach out to Mr. Kasell, but currently we do not know if and when we will receive a response and/or be able to communicate with him due to his current disclosed health issues.

    Thank you for your attention to this matter.

---

GRANTED. The initial pretrial conference scheduled for February 4, 2020 is ADJOURNED to **February 13, 2020, at 10:40 a.m.** By **February 6, 2020**, the parties shall submit their proposed case management plan and joint letter.

The Clerk of Court is directed to terminate the motions at ECF Nos. 33 and 34.

SO ORDERED.

Dated: January 29, 2020
       New York, New York

ANALISA TORRES
United States District Judge