AFFIDAVIT OF SERVICE OF SUMMONS, COMPLAINT, AMENDED COMPLAINT, AND NOTICE
OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING

STATE OF NEW YORK, COUNTY OF NEW YORK

The undersigned being duly sworn, deposes and says; deponent is not party herein, is over 18 years of age and resides at 2640 Highway 70, Building 12, Suite 201, Wall, NJ, 08736. That on January 4, 2020 at 9:45 AM, at 53 Oxford Landing, Weehawken, NJ 07086, deponent served the within Summons, Complaint, Amended Complaint, and Notice of Commencement of Action Subject to Mandatory Electronic Filing, on **Andrew Fabbri and Jessica Cohen** witness therein named

**Individual 1.** ____ by delivering a true copy of said witness personally; deponent knew the person so served to be the witness described in said subpoena.

**Corporation 2.** ____ a corporation, by delivering thereat a true copy to ____ personally, deponent knew said corporation so served to be the corporate witness and knew said individual to be authorized agent thereof,

**Suitable Age Person 3.** __X__ by delivering a true copy to, **Edward Tappin, Concierge, phone number refused,** a person of suitable age and discretion. Said premises is witness'- actual place of business-**dwelling place**- usual place of abode- within the State.

**Affixing to Door 4.** ____ by affixing a true copy to the door of said premises, which is witness'-actual place of business- dwelling place- and usual place of abode-within the state. Deponent was unable, with due diligence to find witness or a person of suitable age and discretion thereat, having called there

**Mailing to Residence**
Use with 3 or 4   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid Envelope properly addressed to witness at witness' last know residence, at

**5A.** __X__ and deposited said envelope in an official depository under the exclusive care and custody of the US Postal Service. The envelope bore the legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the witness.

**Mailing to Business**
Use with 3 or 4   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to witness at witness' actual place of business,

**5B.** ____ at in an official depository under the exclusive care and custody of the US Postal Service. The envelope bore the legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the witness.

| | | | | | | |
|---|---|---|---|---|---|---|
| _X_ Male | ___ White Skin | _X_ Black Hair | ___ White Hair | ___ 14-20 Yrs. | ___ Under 5' | ___ Under 100 Lbs. |
| ___ Female | _X_ Black Skin | ___ Brown Hair | ___ Balding | ___ 21-35 Yrs. | ___ 5'0" | ___ 100-130 Lbs. |
| | ___ Yellow Skin | ___ Blonde Hair | ___ Mustache | _X_ 36-50 Yrs. | ___ 5'4"-5'8" | ___ 131-160 Lbs. |
| | ___ Brown Skin | ___ Gray Hair | _X_ Beard | ___ 51-65 Yrs. | _X_ 5'9"-6'0" | _X_ 161-200 Lbs. |
| | ___ Red Skin | ___ Red Hair | ___ Glasses | ___ Over 65 Yrs. | ___ Over 6' | ___ Over 200 Lbs. |

Index No: 158700/2019
SUPREME COURT
COUNTY OF NEW YORK

SYDNEY HYMAN
V.
ANDREW FABBRI and JESSICA COHEN

SWORN BEFORE ME ON January 8, 2020

MICHAEL CASTELLANOS
Process Server

DONNA C SMITH
ID # 2423843
NOTARY PUBLIC
STATE OF NEW JERSEY 2022
My Commission Expires August 9, 2017