## AFFIDAVIT OF SERVICE OF SUMMONS, COMPLAINT, AMENDED COMPLAINT, AND NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING

STATE OF NEW JERSEY, COUNTY OF MONMOUTH

The undersigned being duly sworn, deposes and says; deponent is not party herein, is over 18 years of age and resides at 2640 Highway 70, Building 12, Suite 201, Wall, NJ, 08736. That on January 8, 2020 at 2:15 PM, at 53 Oxford Landing, Weehawken, NJ 07086, deponent served the within Summons, Complaint, Amended Complaint, and Notice of Commencement of Action Subject to Mandatory Electronic Filing ("Legal Documents"), on **Jessica Cohen a/k/a Jessica Fabbri,** a party therein named

**Individual**    by delivering a true copy to said party personally; deponent knew the person so served to be the
1. __X__    party described in said Legal Documents.

**Corporation**    a corporation, by delivering thereat a true copy to
2. ____    personally, deponent knew said corporation so served to be the corporate witness and knew said individual to be authorized agent thereof,

**Suitable Age**    by delivering a true copy to, a person of suitable age and discretion.
**Person**    Said premises is witness'- actual place of business-dwelling place- usual place of abode-
3. ____    within the State.

**Affixing to**    by affixing a true copy to the door of said premises, which is witness'-actual place of business-
**Door**    dwelling place- and usual place of abode-within the state. Deponent was unable, with due
4. _____    diligence to find witness or a person of suitable age and discretion thereat, having called there

**Mailing to Residence**
Use with 3 or 4    Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid Envelope properly addressed to witness at witness' last know residence,

5A. ____    and deposited said envelope in an official depository under the exclusive care and custody of the US Postal Service. The envelope bore the legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the witness.

**Mailing to Business**
Use with 3 or 4    Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to witness at witness' actual place of business,

5B. ____    at in an official depository under the exclusive care and custody of the US Postal Service. The envelope bore the legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the witness.

| | | | | | |
|---|---|---|---|---|---|
| __Male | _X__White Skin | __Black Hair | __White Hair | ___14-20 Yrs. | ___Under 5' | ___Under 100 Lbs. |
| _X_Female | __Black Skin | __Brown Hair | __Balding | _X_21-35 Yrs. | ___5'0" | _X__100-130 Lbs. |
| | __Yellow Skin | _X__Blonde Hair | __Mustache | __36-50 Yrs. | _X__5'4"-5'8" | ___131-160 Lbs. |
| | __Brown Skin | __Gray Hair | __Beard | __51-65 Yrs. | ___5'9"-6'0" | ___161-200 Lbs. |
| | __Red Skin | __Red Hair | __Glasses | __Over 65 Yrs. | __Over 6' | __Over 200 Lbs. |

Index No: 158700/2019
SUPREME COURT
COUNTY OF NEW YORK

SYDNEY HYMAN
      V.
ANDREW FABBRI and JESSICA COHEN



MICHAEL CASTELLANOS
Process Server

SWORN BEFORE ME ON *January 10, 2020*

*Donna C. Smith*

DONNA C SMITH
ID # 2423843
NOTARY PUBLIC
STATE OF NEW JERSEY 2022
My Commission Expires August 9, 2017