USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYDNEY HYMAN,

        Plaintiff,

-against-

ANDREW FABBRI and JESSICA COHEN,

        Defendants.

19 Civ. 10506 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The initial pretrial conference and show cause hearing scheduled for February 19, 2020 at 2:00 p.m. is RESCHEDULED to **February 19, 2020**, at **10:00 a.m.**

SO ORDERED.

Dated: February 14, 2020
      New York, New York

*[signature]*
ANALISA TORRES
United States District Judge