

81 Main Street, Suite 215 | White Plains, NY 10601
Tel: 914.686.4800 | Fax: 914.686.4824

KEVIN J. HARRINGTON, PARTNER
kharrington@homlegal.com

February 18, 2020

*Via ECF*
Hon. Analisa Torres
United States. District Judge
United States District Court-SDNY
500 Pearl Street
New York, NY 10007

Re: Sydney Hyman v. Andrew Fabbri and Jessica Cohen
Case No. 19-civ. 10506 (AT)

Dear Judge Torres:

As Your Honor may recall, our firm is counsel to Plaintiff Sydney Hyman in the above referenced case. I am in receipt this morning of a letter filed last evening by Defense Counsel David Kasell requesting that the Court reschedule the hearing scheduled for Wednesday, February 19, 2020, at 10:00 a.m. to a date early next week.

I am writing not to object to the request but to advise the Court of my own scheduling limitations early next week. The only date I could appear for this hearing next week is Tuesday, February 25, 2020. I am committed to appear at an Order to Show Cause hearing on two related cases in Supreme Court, Westchester County on Monday, February 24, 2020. On February 26, 27, and 28th, I have previously scheduled and committed to travel arrangements out of town for those three days. That leaves my only date of availability next week as Tuesday, February 25th.

If the 25th is an inconvenient date and the Court were to entertain scheduling this matter in the first week of March, I am generally available that week and would be able to appear on a date convenient for the Court.

Thank you in advance for your consideration of my scheduling limitations in light of these new developments. I would appreciate any accommodation the Court can give to me so that I do not have to cancel my travel arrangements next week.

Sincerely yours,

Kevin J. Harrington

KJH:sbt
cc: Counsel for Record (w/enc.), via ECF