# Kasell Law Firm



Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 15D
New York, NY 10007-1312

    **Re: Defendants' Request for an Adjournment in *Hyman v. Fabbri et al.*, No. 19 Civ. 10506**

Judge Torres:

I write to request a one-week adjournment of the hearing currently set for Wednesday, February 19, 2020, at 10:00 a.m.

Unfortunately, I caught the flu and this illness triggered a full-blown relapse of the multiple sclerosis that I suffer from. I was admitted into the emergency room and subsequently into the hospital. Different doctors have evaluated my condition and we do not know when I will be discharged including my regular neurologist who has privileges at the hospital.

During this time, I have worked to have other attorneys join the case and represent the Defendants moving forward. But the two attorneys who are admitted in the SDNY are on vacation until the end of this week, and a third attorney admitted in Maryland cannot contact the bar association to obtain his certificate of good standing until tomorrow at the earliest (as today was a holiday) and thus it is unclear whether he will be able file a *pro hac vice* motion in time for the hearing Wednesday.

One of the attorneys, Joshua Levin-Epstein, has confirmed that he can appear next week. He has a strong preference towards Thursday and against Monday, but has stated that, regardless of the date, he will appear to represent the Defendants on the Order to Show Cause. In light of the above, I respectfully request an adjournment so that new attorneys may appear at the hearing.

# Kasell Law Firm

Respectfully,
/s/ *David Kasell*
David Kasell, Esq.
Kasell Law Firm

GRANTED. The show cause hearing and initial pretrial conference scheduled for February 19, 2020 is ADJOURNED to **March 3, 2020**, at **2:20 p.m.** No further extensions will be granted absent compelling circumstances.

Defendants' new attorneys shall file notices of appearance by **February 26, 2020**.

SO ORDERED.

Dated: February 18, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge