AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SYDNEY HYMAN ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 19 Civ. 10506 (AT) |
| REW FABBRI and JESSICA COHEN a/k/a JESSICA FA ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 03/02/2020

/s/ Murad Khan
*Attorney's signature*

Murad Khan 1008180001 (MD)
*Printed name and bar number*
Khan Johnson LLC
20 F Street NW
7th Floor
Washington, DC 20001

*Address*

mkhan@khanjohnson.com
*E-mail address*

(202) 810-2399
*Telephone number*

(202) 478-2960
*FAX number*