USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/3/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYDNEY HYMAN,

                Plaintiff,

-against-

ANDREW FABBRI and JESSICA COHEN,

                Defendants.

19 Civ. 10506 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    For the reasons stated on the record at the March 3, 2020 show cause hearing, the Clerk's Certificate of Default, ECF No. 22 is VACATED. Accordingly, Plaintiff's motion for a default judgment, ECF No. 23, is DENIED.

    SO ORDERED.

Dated: March 3, 2020
       New York, New York

                                        ANALISA TORRES
                                    United States District Judge