UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
SYDNEY HYMAN,

                Plaintiff,

-against-

ANDREW FABBRI and JESSICA COHEN a/k/a
        JESSICA FABBRI,

                Defendants,
_____X

Case No:
19-cv-10506 (AT)(SLC)

# SECOND AMENDED CIVIL CASE MANAGEMENT AND SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the Amended Civil Case Management Plan and Scheduling Order (the "Plan") ordered on March 20, 2020, is hereby modified as follows.

1. All fact discovery is to be completed by Monday, November 30, 2020.

2. Parties must meet-and-confer to set a schedule for expert disclosures and deposition by Monday, December 14, 2020.

3. All expert discovery is to be completed by Monday, January 18, 2021.

4. Pre-motion letter(s) on motions for summary judgment are due by Monday, February 1, 2021.

5. The following interim deadlines may be extended by the written consent of all parties without application to the Court, provided that all fact and expert discovery is completed by the date set forth in the paragraphs above:

    A. Depositions to be completed by Thursday, October 29, 2020.

      B.      Requests to Admit to be served by Thursday, November 12, 2002.

The Clerk of Court is respectfully directed to close the Letter Motion at ECF No. 73.

Date: _July 2, 2020_            IT IS SO ORDERED.

_Sarah␣Cave_
SARAH L. CAVE
United States Magistrate Judge