UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
SYDNEY HYMAN,

                          Plaintiff,         Case No:
                                                   19-cv-10506 (AT)(SLC)
   -against-

ANDREW FABBRI and JESSICA COHEN a/k/a
        JESSICA FABBRI,

                        Defendants,
_____X

# [PROPOSED] THIRD AMENDED CIVIL CASE MANAGEMENT AND SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the Second Amended Civil Case Management Plan and Scheduling Order (the "Plan") ordered on July 2, 2020, is hereby modified as follows.

1. All fact discovery is to be completed by Monday, March 29, 2021.

2. Parties must meet-and-confer to set a schedule for expert disclosures and deposition by Monday, April 12, 2021.

3. All expert discovery is to be completed by Monday, May 17, 2021.

4. Pre-motion letter(s) on motions for summary judgment are due by Monday, June 7, 2021.

5. The following interim deadlines may be extended by the written consent of all parties without application to the Court, provided that all fact and expert discovery is completed by the date set forth in the paragraphs above:

    A.    Depositions to be completed by Thursday, February 18, 2021.

    B.  Requests to Admit to be served by Thursday, March 4, 2021.

Date: _____

            IT IS SO ORDERED.

            _____
            Honorable Sarah L. Cave
            United States Magistrate Judge