

81 Main Str...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___12/7/2020___

December 4, 2020

***Via ECF***

Hon. Analisa Torres
United States District Court-SDNY
500 Pearl Street
New York, NY 10007

      Re:    Sydney Hyman v. Andrew Fabbri and Jessica Cohen
           Case No. 19-civ. 10506 (AT)

Dear Judge Torres:

We represent Plaintiff Sydney Hyman ("Plaintiff" or "Hyman") in this matter.

We are writing to Your Honor to advise that this afternoon Plaintiff submitted a letter motion (ECF Document 76) to the Honorable Sarah L. Cave requesting an extension of the due dates for discovery reflected in the July 2, 2020 Second Amended Civil Case Management and Scheduling Order (ECF Document 74). A copy of such letter motion setting forth the reasons for such extension request and the Proposed Third Amended Civil Case Management and Scheduling Order (ECF Document 76-1) are attached hereto.

In light of this request to the Honorable Sarah L. Cave, Plaintiff respectfully requests an adjournment of the case management conference scheduled for December 15, 2020 at 10:40 a.m., and the December 8, 2020 date for the parties to file their joint status report, as set forth in Your Honor's Order July 13, 2020 Order (ECF Document 75).

Thank you in advance for your kind attention to this matter.

GRANTED. The case management conference scheduled for December 15, 2020, is ADJOURNED to **April 14, 2021**, at **10:40 a.m.** By **April 7, 2021**, the parties shall file their joint status report.

SO ORDERED.

Dated: December 7, 2020
    New York, New York

**ANALISA TORRES**
**United States District Judge**