

81 Main Street, Suite 215 | White Plains, NY 10601
Tel: 914.686.4800 | Fax: 914.686.4824

MICHAEL W. FREUDENBERG, PARTNER
mfreudenberg@homlegal.com

April 8, 2021

_Via ECF_
Hon. Analisa Torres
United States District Judge
United States District Court-SDNY
500 Pearl Street
New York, NY 10007

      Re:   Sydney Hyman v. Andrew Fabbri and Jessica Cohen
           Case No. 19-civ. 10506 (AT)

Dear Judge Torres:

      We represent Plaintiff Sydney Hyman ("Plaintiff" or "Hyman") in this matter.

      We are writing to Your Honor to advise that yesterday Plaintiff and Defendants submitted a joint letter motion (ECF Document 80) to the Honorable Sarah L. Cave requesting an extension of the due dates for discovery reflected in the December 7, 2021 Third Amended Civil Case Management and Scheduling Order (ECF Document 78). A copy of such letter motion setting forth the reasons for such extension request (ECF Document 80) and the Proposed Fourth Amended Civil Case Management and Scheduling Order (ECF Document 80-1) are attached hereto as Exhibit A. The proposed Fourth Amended Civil Case Management and Scheduling Order was approved and signed by the Honorable Sarah L. Cave today. A copy of the Fourth Amended Civil Case Management and Scheduling Order (ECF Document 81) is attached hereto as Exhibit B.

      In light of the current extension of the due dates for discovery as set forth in the Fourth Amended Civil Case Management and Scheduling Order, the parties respectfully request an adjournment of the Case Management Conference scheduled for April 14, 2021, at 10:40 a.m., as set forth in Your Honor's Order dated December 7, 2020 (ECF Document 79).

Hon. Analisa Torres
United States District Judge
United States District Court-SDNY
April 8, 2021
Page 2

       Thank you in advance for your kind attention to this matter.

                                        Respectfully submitted,

                                        s/Michael W. Freudenberg

                                        Michael W. Freudenberg

MWF:sbt
Encs.

cc:     Counsel for Record (w/enc.), via ECF