UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
SYDNEY HYMAN,

        Plaintiff,

  against

ANDREW FABBRI and JESSICA COHEN a/k/a
JESSICA FABBRI,

        Defendants.
---------------------------------------------------------X

19-CV-10506 (AT)

I, David Kasell, declare as follows:

1. I am the founder of the Kasell Law Firm, counsel for Defendants Andrew Fabbri and Jessica Cohen a/k/a Jessica Fabbri, (collectively the "Defendants") in the above captioned matter.

2. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel for personal health reasons.

3. Murad Khan will continue to represent the Defendants in this matter.

4. My withdrawal will not delay this matter or prejudice any party, and I am not retaining or charging a lien.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 9, 2021

Respectfully submitted,

/s/_____

By: David M. Kasell, Esq.
KASELL LAW FIRM

Attorneys for Defendants
1038 Jackson Avenue, #4
Long Island City, NY 11101
(718) 404-6668