UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SYDNEY HYMAN,

       Plaintiff,

  against

ANDREW FABBRI and JESSICA COHEN a/k/a
JESSICA FABBRI,

       Defendants.
----------------------------------------------------------X

19-CV-10506 (AT)

ORDER FOR
WITHDRAWAL
OF COUNSEL

Upon the accompanying declaration of David Kasell dated April 9, 2021, it is hereby ordered that David Kasell hereby withdraws as counsel for Defendants Andrew Fabbri and Jessica Cohen a/k/a Jessica Fabbri, (collectively the "Defendants") and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Murad Khan will continue to represent the Defendants in this proceeding.

The Clerk of the Court is respectffully directed to close ECF No. 84.

Dated: April 12, 2021

SO ORDERED

*Sarah Cave*
Sarah L. Cave
United States Magistrate Judge