UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYDNEY HYMAN,

           Plaintiff,

-v-

ANDREW FABBRI and JESSICA COHEN,

           Defendants.

CIVIL ACTION NO.: 19 Civ. 10506 (AT) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On October 19, 2021, Defendants filed a letter-motion seeking an order: (i) extending fact discovery to December 15, 2021 for the Defendants only; (ii) precluding Plaintiff "from introducing any 'damages' or other documents that have not been supplied or updated in accord with the Federal Rules of Civil Procedure and/or Discovery Orders;" (iii) awarding Defendants the fees and costs associated with reviewing documents that Plaintiff produced "immediately before and after" the deposition of Defendants' expert, Dr. Salvage; and (iv) directing Plaintiff to "organize her most recent document production into categories that respond to the Defendants' Requests for Production." (ECF No. 109 (the "Letter-Motion")). On October 22, 2021, Plaintiff filed a response to the Letter-Motion. (ECF No. 111). For the reasons discussed at the discovery conference held today, October 27, 2021, the Letter-Motion is GRANTED IN PART and DENIED IN PART, and the Court orders as follows:

1. The deadline for the completion of all discovery is extended to **January 31, 2022**;

2. By **October 29, 2021**, Defendants shall provide Plaintiff with a list specifically describing each non-party that they seek to depose (the "October 29 List");

3. By **November 1, 2021**, Plaintiff shall file a stipulation of dismissal, addressed to the Honorable Analisa Torres, as to any claims that Plaintiff seeks to voluntarily discontinue;

4. By **November 5, 2021**, Plaintiff shall identify the non-parties described in the October 29 List (the "Non-Parties");

5. By **November 29, 2021**, Defendants shall serve subpoenas on the Non-Parties;

6. Plaintiff's continued deposition shall take place by **January 31, 2022**;

7. No later than two weeks before the date of her deposition, Plaintiff shall (a) complete all document production; and (b) provide an updated computation of each category of damages that she is claiming;

8. Defendants' requests for fees and costs is DENIED WITHOUT PREJUDICE; and

9. Defendants' request for an order directing Plaintiff to "organize her most recent document production into categories that respond to the Defendants' Requests for Production" is DENIED.

The case management conference before Judge Torres scheduled for January 4, 2022 is ADJOURNED to **Thursday, February 17, 2022 at 10:40 am**. The parties shall file their joint status letter (see ECF No. 61 at 3) by **February 10, 2022**.

The Clerk of Court is respectfully directed to close ECF No. 109.

Dated:    New York, New York
          October 27, 2021              SO ORDERED.

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**