UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYDNEY HYMAN,

                    Plaintiff,

     -v-                                              CIVIL ACTION NO.: 19 Civ. 10506 (AT) (SLC)

ANDREW FABBRI,                                        **ORDER**

                    Defendant.

**SARAH L. CAVE**, United States Magistrate Judge.

On March 1, 2022, the Court directed the parties to file a joint letter (the "Joint Letter")

by March 26, 2022 confirming that the deposition of Danielle Joy Healey is complete.  (ECF No.

133 (the "Mar. 1 Order")).  To date, the parties have neither filed the Joint Letter in compliance

with the Mar. 1 Order nor requested an extension of time to do so.  Nonetheless, the Court sua

sponte extends this deadline, and directs the parties to file the Joint Letter by today, **March 29,**

**2022**.  All other terms of the Mar. 1 Order remain in effect.

Dated:        New York, New York
              March 29, 2022

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**