

81 Main Street, Suite 215 | White Plains, NY 10601
Tel: 914.686.4800 | Fax: 914.686.4824

MICHAEL W. FREUDENBERG, PARTNER
mfreudenberg@homlegal.com

April 8, 2022

<u>Via ECF</u>
Hon. Sarah L. Cave
United States Magistrate Judge
United States District Court-SDNY
500 Pearl Street, Courtroom 18A
New York, NY  10007

      Re:    Sydney Hyman v. Andrew Fabbri and Jessica Cohen
              <u>Case No. 19-civ. 10506 (AT)</u>

Dear Judge Cave:

     As Your Honor may recall, Harrington, Ocko & Monk LLP ("HOM") represents Plaintiff Sydney Hyman ("Plaintiff" or "Hyman") in the above-referenced matter. We submit this joint letter with Michael Murad Khan, Esq., counsel for the Defendant Andrew Fabbri ("Defendant" or "Fabbri"), in response to Your Honor's Order dated March 30, 2022 (Document 136) requiring the Parties to submit a letter confirming that the deposition of Plaintiff's expert witness Danielle Joy Healey is complete.

     We are happy to advise the Court that the deposition of Ms. Healey was completed yesterday, April 7, 2022. We again thank the Court for your patience and permission to extend the time to complete Ms. Healey's deposition.

     Thank you for your kind attention to this matter.

HARRINGTON, OCKO & MONK, LLP           KHAN JOHNSON, LLP

_____                      _____
By: Michael W. Freudenberg, Esq.          By: Murad Michael Khan, Esq. *by MWF w/ permission*