

**HARRINGTON OCKO & MONK LLP**
ATTORNEYS-AT-LAW

81 Main Street, Suite 215 | White Plains, NY 10601
Tel: 914.686.4800 | Fax: 914.686.4824

KEVIN J. HARRINGTON, PARTNER
kharrington@homlegal.com

May 24, 2022

*Via ECF*
Hon. Sarah L. Cave
United States Magistrate Judge
United States District Court-SDNY
500 Pearl Street, Courtroom 18A
New York, NY 10007

      Re:    Sydney Hyman v. Andrew Fabbri and Jessica Cohen
              Case No. 19-civ. 10506 (AT)

Dear Judge Cave:

    As you know, we represent Plaintiff Sydney Hyman ("Plaintiff") in the above referenced matter. Pursuant to Your Honor's Order of today's date, we are writing to respond to Defendant's request (ECF No. 141) to adjourn <u>sine die</u> the Settlement Conference currently set for May 31, 2022 at 2:00 p.m. before Your Honor.

    The parties have gone through full discovery in this matter and we are baffled at Defendant's counsel statement that "Defendant believed to be holes in Plaintiff's case exposed during the discovery process." We believe that the case is ripe for a Settlement Conference so that each side can learn about the other side's proposed evaluation of damages. Plaintiff Ms. Hyman has held this date for several weeks, as is our office, and we believe it would be beneficial for both sides to go through the mediation process which has already been agreed upon by both parties.

    Accordingly, we request that Defendant's request to adjourn <u>sine die</u> the May 31, 2022 Settlement Conference be denied. Plaintiff Ms. Hyman, along with counsel for Plaintiff, are available to proceed with mediation before Your Honor in person on May 31, 2022, at 2:00p.m.

    Thank you for your consideration.

                              Respecttfully submitted,

                              Kevin J. Harrington

cc:    Counsel of Record, via ECF