UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYDNEY HYMAN,

            Plaintiff,

-v-

ANDREW FABBRI,

            Defendant.

CIVIL ACTION NO.: 19 Civ. 10506 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant's request (ECF No. 141) to adjourn <u>sine die</u> the settlement conference scheduled for Tuesday, May 31, 2022 at 2:00 pm is DENIED.  By **12:00 pm on May 27, 2022**, Defendant shall email to the Court (cave_nysdchambers@nysd.uscourts.gov) and opposing counsel the written submissions required by paragraph 4 of the Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 139 at 5–7). Defendant is reminded to include the Attendance Acknowledgement form annexed to the Standing Order (<u>id.</u> at 8).  All other terms of the Standing Order remain in effect.

Dated:     New York, New York
          May 25, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
United States Magistrate Judge