UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYDNEY HYMAN,

          Plaintiff,

-v-

ANDREW FABBRI,

          Defendant.

CIVIL ACTION NO.: 19 Civ. 10506 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The format of the settlement conference scheduled for Tuesday, May 31, 2022 at 2:00 is CONVERTED from in-person to videoconference hosted by the Court on the Microsoft Teams platform. The Court will provide the parties with a link. All other terms and requirements of the Court's Scheduling Order dated April 18, 202 remain in full effect. (ECF No. 139).

Dated:    New York, New York
            May 27, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**