```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYDNEY HYMAN,

                Plaintiff,

-against-

ANDREW FABBRI,

                Defendant.

19 Civ. 10506 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The parties are reminded that pre-motion letters for summary judgment were due on August 6, 2021, ECF No. 88 ¶ 4, or, at the lastest, fourteen days after the close of fact discovery, ECF No. 61 ¶ 8, which the parties have acknowledged was on January 31, 2022, ECF No. 126. Accordingly, this case will be set for trial in due course whereupon the Court shall set a deadline for the parties to file their pre-trial submissions in accordance with Rule V of the Court's Individual Practices in Civil Cases.

    SO ORDERED.

Dated: June 17, 2022
       New York, New York

                                                ANALISA TORRES
                                          United States District Judge