UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYDNEY HYMAN,

            Plaintiff,

-against-

ANDREW FABBRI,

           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/11/2022__

19 Civ. 10506 (AT)

**FINAL PRETRIAL**
**SCHEDULING ORDER**

ANALISA TORRES, District Judge:

Trial in this matter shall begin on **October 23, 2023**, at **9:00 a.m.**, and shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007. Accordingly,

1. By **August 21, 2023**, the parties shall submit any motions *in limine*. Oppositions to any motions *in limine* shall be submitted by **August 28, 2023**.

2. By **August 21, 2023**, the parties shall submit all required pretrial filings, including their proposed joint pretrial order, requests to charge, verdict form, and voir dire questions in accordance with Paragraphs V.B, V.C, and V.D of the Court's Individual Practices in Civil Case. The parties shall also email copies of these submissions to Torres_NYSDChambers@nysd.uscourts.gov as Word Documents.

3. By **August 28, 2023**, the parties shall deliver to the Court one copy of each documentary exhibit sought to be admitted, pre-marked (*i.e.*, labeled with exhibit stickers) and assembled sequentially in a looseleaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference in accordance with Paragraph V.C(v) of the Court's Individual Practices in Civil Cases.

4. Counsel for all parties shall appear for a final pretrial conference on **October 17, 2023**, at **1:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

5. Prior to the final pretrial conference, counsel for both parties, along with the parties themselves, shall meet in person for at least one hour to discuss settlement of this matter. In addition, by **July 15, 2023**, the parties shall file a letter to the Court advising whether they wish to be referred to a magistrate judge for settlement purposes.

SO ORDERED.

Dated: July 11, 2022
      New York, New York

                                                 ANALISA TORRES
                                             United States District Judge