UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYDNEY HYMAN,

                        Plaintiff,

            -against-                                              19 Civ. 10506 (AT)

ANDREW FABBRI,                                                    **ORDER**

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   8/12/2022

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters filed on August 10, 2022.  ECF No. 151, 152. Defendant requested a deadline by which to file a pre-motion letter for summary judgment.  ECF No. 151.  As the Court has already stated, the time for pre-motion letters for summary judgment has long since passed.  ECF No. 148.  Defendant's request for a deadline by which to file a pre-motion letter is DENIED.  This case shall proceed to trial on October 23, 2023.  ECF No. 149.

SO ORDERED.

Dated: August 12, 2022
        New York, New York

_____
ANALISA TORRES
United States District Judge