UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/17/2023
```

SYDNEY HYMAN,

                    Plaintiff,

              -v.-

ANDREW FABBRI,

                    Defendant.

19 Civ. 10506 (JHR) (SLC)

ORDER

JENNIFER H. REARDEN, District Judge:

Discovery in this matter closed on January 31, 2022.  *See* ECF No. 112.[1]  During a status conference on July 17, 2023, the parties informed the Court that, despite that long-passed deadline, discovery has continued and remains ongoing.  By July 21, 2023, the parties shall file a joint letter setting forth the following:

1. The volume and categories of discovery produced since January 31, 2022;

2. Plaintiff's proposed deadline to complete production, and whether Defendant consents; and

3. Any additional discovery requested by Defendant in light of Plaintiff's post-deadline productions, as well as Defendant's proposed deadline to complete such discovery, and whether Plaintiff consents.

    SO ORDERED.

Dated: July 17, 2023
    New York, New York

JENNIFER H. REARDEN
United States District Judge

---

[1] With leave of Court, Plaintiff's expert Danielle Joy Healey was deposed on April 7, 2022, after the close of discovery.  *See* ECF Nos. 127 and 138.