UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYDNEY HYMAN,

                Plaintiff,

-v-

ANDREW FABBRI,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 10506 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, August 21, 2023, the Court orders as follows:

1. The Court's reference in its August 1, 2023 Order (the "Aug. 1 Order") to Defendant's ability to raise certain arguments "at summary judgment" (ECF No. 160 at 2 ¶ 1) is STRICKEN. Should Defendant seek to renew his request to move for summary judgment, he must do so before the Honorable Jennifer H. Rearden. Nothing in the Aug. 1 Order is deemed to authorize the filing of a motion for summary judgment.

2. By **November 29, 2023**, Defendant shall serve the disclosures required by Fed. R. Civ. P. 26 (a)(2) in connection with the Supplemental Expert Discovery authorized in the Aug. 1 Order (see ECF No. 160 at 3 ¶ 5).

3. By **January 4, 2024**, the parties shall file a joint letter certifying completion of the discovery authorized in the Aug. 1 Order.

4. All other terms of the Aug. 1 Order remain in effect.

Dated:    New York, New York
            August 21, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**