USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYDNEY HYMAN, <br><br>                             Plaintiff, <br><br> -v.- <br><br> ANDREW FABBRI, <br><br>                             Defendant. | 19 Civ. 10506 (JHR) <br><br> ORDER |

JENNIFER H. REARDEN, District Judge:

This case has been placed on the Court's April 2024 trial-ready calendar. The jury trial will begin on **Tuesday, April 23, 2024** at **9:30 a.m.** or on the Court's first available date thereafter. The parties shall be ready to proceed, on 48 hours' notice, on or after May 21, 2024. The parties may contact Chambers by e-mail to learn where their case stands on the calendar.

The parties shall submit a joint proposed pretrial order, as described in Rule 7.A of the Court's Individual Rules and Practices in Civil Cases, by **Monday, March 25, 2024**. On that date, the parties shall also submit all other required pretrial filings, including any motions *in limine*, in accordance with Rule 7.B of the Court's Individual Rules. Any opposition to a motion *in limine* and responsive pretrial memoranda of law shall be filed by **Monday, April 1, 2024**. The parties shall submit copies of all intended exhibits in accordance with Rule 7.G of the Court's Individual Rules.

The final pretrial conference will be scheduled closer to the trial date.

SO ORDERED.

Dated: February 28, 2024
        New York, New York

                                                       *Jennifer H. Rearden*
                                                     JENNIFER H. REARDEN
                                                     United States District Judge