```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYDNEY HYMAN,

                Plaintiff,

        -v.-

ANDREW FABBRI,

                Defendant.

19 Civ. 10506 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

      Upon Plaintiff's application to adjourn the April 23, 2024 trial and Defendant's non-objection thereto, the Court hereby adjourns the trial to the Court's May 21, 2024 trial-ready calendar. The jury trial will begin on **Tuesday, May 21, 2024** at **9:30 a.m.** or on the Court's first available date thereafter. The parties shall be ready to proceed, on 48 hours' notice, on or after May 21, 2024. The parties may contact Chambers by e-mail to learn where their case stands on the calendar.

      The parties shall submit a joint proposed pretrial order, as described in Rule 7.A of the Court's Individual Rules and Practices in Civil Cases, by **Monday, April 22, 2024**. On that date, the parties shall also submit all other required pretrial filings, including any motions *in limine*, in accordance with Rule 7.B of the Court's Individual Rules. Any opposition to a motion *in limine* and responsive pretrial memoranda of law shall be filed by **Monday, April 29, 2024**. The parties shall submit copies of all intended exhibits in accordance with Rule 7.G of the Court's Individual Rules.

      The final pretrial conference will be scheduled closer to the trial date.

SO ORDERED.

Dated: March 6, 2024
      New York, New York

                                                                                 _____
                                                                                 JENNIFER H. REARDEN
                                                                                 United States District Judge