UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYDNEY HYMAN,

                Plaintiff,

-v-

ANDREW FABBRI,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 10506 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Honorable Jennifer H. Rearden has directed the parties to participate in a settlement conference with the Court "at the earliest opportunity, and in no event later than April 8, 2024." (ECF No. 179). The Court's availability for an **in-person** settlement conference is as follows:

1. Friday, March 29, 2024 at 10:00 a.m.

2. Thursday, April 4, 2024 at 2:15 p.m.

The parties shall promptly meet and confer and, by **March 22, 2024**, file a joint a letter advising which of these two dates they prefer.

Dated:     New York, New York
            March 20, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**