

April 10, 2024

**<u>Via ECF</u>**
Hon. Jennifer H. Rearden
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:    Sydney Hyman v. Andrew Fabbri and Jessica Cohen
               <u>Case No. 19-civ. 10506 (JR)</u>

Dear Judge Rearden:

We represent the Defendant, Andrew Fabbri ("Fabbri")("the Defendant"), in the above-referenced matter. We are writing to inform the Court of circumstances that have rendered our team unable to meet the current deadlines of April 22, 2024; and May 21, 2024, for the Pretrial Order (PTO) and the start of jury trial respectively.

On March 20, 2024, Aglaia Davis, co-counsel on this case, lost her longest-running client and good colleague, James C. DeZao of Parsippany, New Jersey, to brain cancer.  Mr. DeZao had been hospitalized since September 2023, and Ms. Davis was deeply involved with reorganizing the practice, for which she has handled all motion practice and appellate work since its establishment.  Upon Mr. DeZao's unexpected death, Ms. Davis lost several days of work, which set her far back in her deadlines for all clients.  The firm is still understandably reeling from Mr. DeZao's loss.

On March 27, 2024, Mr. Khan's maternal aunt passed away.

On April 3, 2024, Mr. Khan's maternal grandmother passed away.

Mr. Khan would have to miss the funerals for the Settlement Conference on April 17th; and will be heading to Pakistan to help his family from (tentatively) April 22, 2024 to May 5, 2024.  Those dates are subject to change based on the fluidity of the situation

In light of the foregoing events, neither of the attorneys responsible for this case has been available to this matter; and will be in no position to prepare the PTO and Motions in Limine by April 22, 2024.

Khan Johnson LLC
413 W 14th Street• 2nd Floor • New York, NY 10014
Phone 202-810-2399 • Fax 202-478-2399
info@khanjohnson.com • khanjohnson.com

1



We are therefore respectfully requesting that the Court consider these circumstances and reset the dates for the PTO and trial for a later date, but no earlier than the end of May 2024.

We have communicated with Plaintiff's Counsel, who has no objection to—but does not join in—this request.

By separate letter, the undersigned are writing to Magistrate Judge Cave to seek an extension of the Mediation Date of April 17, 2024.

Very Truly Yours,

/s/ Murad Michael Khan
Murad Michael Khan, Esq.
Khan Johnson LLC
413 W 14th Street
2nd Floor
New York, NY 10014
202-810-2399
mkhan@khanjohnson.com
Attorneys for Defendants

/s/ Aglaia Davis
Of Counsel
Khan Johnson LLC

cc:     Counsel for Record (w/enc.), via ECF

Khan Johnson LLC
413 W 14th Street• 2nd Floor • New York, NY 10014
Phone 202-810-2399 • Fax 202-478-2399
info@khanjohnson.com • khanjohnson.com

2