UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYDNEY HYMAN,

                Plaintiff,

-v-

ANDREW FABBRI,

                Defendant.

CIVIL ACTION NO. 19 Civ. 10506 (JHR) (SLC)

**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 184 is GRANTED, and the settlement conference scheduled for April 17, 2024 is ADJOURNED to **Tuesday, May 21, 2024 at 2:00 pm** and will take place in person, in Courtroom 18A, 500 Pearl Street, New York, New York.

The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 182 at 4–6) remains in effect. The submissions required by paragraph 4 of the Standing Order shall be emailed to Chambers (cave_nysdchambers@nysd.uscourts.gov) and opposing counsel by **May 15, 2024**. The parties are reminded to include the Attendance Acknowledgement form annexed to the Standing Order (id. at 7).

The Clerk of Court is respectfully directed to close ECF No. 184.

Dated:    New York, New York  
            April 16, 2024

SO ORDERED.

_/s/ Sarah L. Cave_  
**SARAH L. CAVE**  
**United States Magistrate Judge**