USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYDNEY HYMAN,

                Plaintiff,

-v.-

ANDREW FABBRI,

                Defendant.

19 Civ. 10506 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    Upon Defendant's application to adjourn the May 21, 2024 trial and Plaintiff's lack of objection thereto, the Court hereby adjourns the trial to the Court's May 28, 2024 trial-ready calendar. The trial will begin on **May 28, 2024** at **9:30 a.m.** or on the Court's first available date thereafter. The parties shall be ready to proceed, on 48 hours' notice, on or after May 28, 2024. The parties may e-mail Chambers to learn where their case stands on the calendar.

    The parties shall submit a joint proposed pretrial order, as described in Rule 7.A of the Court's Individual Rules and Practices in Civil Cases, by **April 30, 2024**. On that date, the parties shall also submit all other required pretrial filings, including any motions *in limine*, in accordance with Rule 7.B of the Court's Individual Rules. Any oppositions to motions *in limine*, as well as responsive pretrial memoranda of law, shall be filed by **May 7, 2024**. The parties shall submit copies of all intended exhibits in accordance with Rule 7.G of the Court's Individual Rules.

    The final pretrial conference will be held on **May 13, 2024** at **1:00 p.m.** Counsel should join the conference by dialing 646-453-4442 and entering access code 718 496 408 followed by the pound (#) key. The conference must be attended by the attorneys who will serve as principal trial counsel.

    While the Court sympathizes with the challenging personal circumstances underlying

defense counsel's application to adjourn, this is the second time the Court has rescheduled trial at the request of one or both parties. See ECF Nos. 176-178. The Court will not adjourn trial again absent extraordinary circumstances.

The Clerk of Court is directed to terminate ECF No. 183.

SO ORDERED.

Dated: April 16, 2024
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge