

**HARRINGTON OCKO & MONK LLP**
ATTORNEYS-AT-LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/2024

Street, Suite 215 | White Plains, NY 10601
Tel: 914.686.4800 | Fax: 914.686.4824

MICHAEL W. FREUDENBERG, PARTNER
mfreudenberg@homlegal.com

May 15, 2024

*Via ECF*
Hon. Jennifer H. Rearden
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12B
New York, NY 10007

A technology walk-through will take place on May 17, 2024 at 2:00 p.m.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: May 17, 2024

Re: Sydney Hyman v. Andrew Fabbri
    Case No. 19-civ. 10506 (JHR)(SLC)

Dear Judge Rearden:

Our firm represents Plaintiff Sydney Hyman ("Plaintiff") in the above referenced matter.

Currently the trial in this matter is set for May 28, 2024 at 9:30 a.m. before Your Honor. We are writing at this time to request that the Court please provide us with dates in which Your Honor's Courtroom (Courtroom 12B) where the trial for this matter is to be held will be available for us as Plaintiff's counsel to conduct a technology walk-through with SDNY's Courtroom Technology prior to the scheduled trial date. I will be attending this technology walk-through in order for us to obtain instruction from Courtroom Technology on how to use the Courtroom's electronic technology system

Hon. Jennifer H. Rearden
United States District Judge
United States District Court
Southern District of New York
May 15, 2024
Page 2

and will allow us to test our device's capability with the equipment prior to the trial starting on May 28th.

Once we are advised of Your Honor's Courtroom availability, we will schedule the technology walk-through with SDNY's Courtroom Technology preferably three or four business days before May 28th.

Thank you for your kind attention to this matter.

Very truly yours,

Michael W. Freudenberg

cc:   Counsel for Record, via ECF