UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYDNEY HYMAN,<br><br>                Plaintiff,<br><br>        -v.-<br><br>ANDREW FABBRI,<br><br>                Defendant. | 19 Civ. 10506 (JHR) (SLC)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle. The Court commends and congratulates the parties on reaching an amicable resolution.

    In light of the settlement, all existing deadlines and dates, including the final pretrial conference scheduled for May 22, 2024 and the trial scheduled to begin on May 28, 2024, are adjourned *sine die*. In addition, all pending motions are denied without prejudice to refiling in the event that the settlement is not consummated.

    The Clerk of Court is directed to terminate ECF Nos. 187, 190, 191, 192, and 193.

    SO ORDERED.

Dated: May 22, 2024
       New York, New York

                                                      JENNIFER H. REARDEN
                                                      United States District Judge