UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYDNEY HYMAN,

                Plaintiff,

-v-

ANDREW FABBRI,

                Defendant.

CIVIL ACTION NO. 19 Civ. 10506 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    By **August 23, 2024**, the parties shall file a joint letter reporting on the status of finalizing their settlement agreement.

Dated:    New York, New York
           August 19, 2024

                                  SO ORDERED.

                                  /s/ Sarah L. Cave
                                  **SARAH L. CAVE**
                                  **United States Magistrate Judge**