UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYDNEY HYMAN,

                          Plaintiff,

-v-                                      CIVIL ACTION NO.: 19 Civ. 10506 (JHR) (SLC)

ANDREW FABBRI,                           **ORDER**

                        Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the Order staying the case (ECF No. 235), by **October 1, 2024**, the parties shall file a joint letter informing the Court of their compliance with the terms of their settlement agreement.

Dated:      New York, New York
             August 28, 2024

                                                    SO ORDERED.

                                                    _____
                                                    SARAH L. CAVE
                                                    **United States Magistrate Judge**