

81 Main Street, Suite 215 | White Plains, NY 10601
Tel: 914.686.4800 | Fax: 914.686.4824

MICHAEL W. FREUDENBERG, PARTNER
mfreudenberg@homlegal.com

October 1, 2024

**Via ECF**
Hon. Sarah L. Cave
United States Magistrate Judge
United States District Court-SDNY
500 Pearl Street, Courtroom 18A
New York, NY 10007

    Re:    Sydney Hyman v. Andrew Fabbri and Jessica Cohen
            Case No. 19-civ. 10506 (JHR)(SLC)

Dear Judge Cave:

    As Your Honor may recall, our firm represents Plaintiff Sydney Hyman in the above-referenced matter. We submit this joint letter with Michael Murad Khan, Esq., Counsel for the Defendant Andrew Fabbri in response to Your Honor's Order dated August 28, 2024 (Document 236) requiring the Parties to submit a joint letter informing the Court of their compliance with the terms of their Settlement Agreement.

    We are happy to report to the Court that Defendant Andrew Fabbri has met the 1st and 2nd Installment Payment obligations under the terms of the parties' Settlement Agreement. The 3rd, 4th, 5th Installment Payments are scheduled for October 24th, November 23rd, and December 23rd, 2024 respectively. The 6th (Balloon Payment) is due on January 22, 2025.

    Thank you for your kind attention to this matter.

                            Sincerely yours,

| HARRINGTON, OCKO & MONK LLP | KHAN JOHNSON, LLP |
|---|---|
| s/Michael W. Freudenberg | s/ Murad Michael Khan |
| By: Michael W. Freudenberg, Esq. | By: Murad Michael Khan, Esq. |