UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYDNEY HYMAN,

                Plaintiff,

-v-

ANDREW FABBRI,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 10506 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 1, 2024, the parties were directed to file a joint letter informing the Court of their compliance with the terms of their settlement agreement on or before January 3, 2025. (ECF No. 238). They have not done so.

As a one-time courtesy, and recognizing that the parties' scheduled their final payment under the terms of their settlement agreement for January 22, 2025 (id.), the Court sua sponte extends the deadline for the parties to file their joint letter up to and including **January 24, 2025**.

Dated:      New York, New York
               January 6, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**