UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYDNEY HYMAN,

                  Plaintiff,

-v-

ANDREW FABBRI,

                  Defendant.

CIVIL ACTION NO.: 19 Civ. 10506 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties notified the Court that they would file a stipulation of dismissal by February 3, 2025. (ECF No. 241). They have not done so. Accordingly, on or before **February 6, 2025**, the parties shall file a stipulation of dismissal for the attention of the Honorable Jennifer H. Rearden.

Dated:    New York, New York
            February 4, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**