# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X
SYDNEY HYMAN,

                        Plaintiff,

-against-

ANDREW FABBRI,

                        Defendant,
————————————————————X

Case No:
19-cv-10506 (JHR)(SLC)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that whereas no party is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of this action, this action and all causes of action therein be, and the same hereby is, discontinued in its entirety, with prejudice, and without costs to any party as against the other.

This action is hereby discontinued with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

HARRINGTON, OCKO, & MONK, LLP

By: _____
Kevin J. Harrington
Michael W. Freudenberg
*Attorneys for Plaintiff*
81 Main Street, Suite 215
White Plains, NY 10601
(914) 686-4800
kharrington@homlegal.com
mfreudenberg@homlegal.com

Dated: White Plains, New York
           February 5, 2025

KHAN JOHNSON LLC

By: _____
Murad Michael Khan
Aglaia Davis
*Attorneys for Defendant*
413 W 14th Street, 2nd Floor
New York, NY 10014
(202) 810-2399
mkhan@khanjohnson.com
adavis@khanjohnson.com

Dated: New York, New York
           February ___, 2025

18